BADGER ARAKAKI LLLC
Scott C. Arakaki, Bar No. 6242
Pioneer Plaza, Suite 1140
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: 808-566-0855
Facsimile: 808-566-0955
Email: scott@badgerarakaki.com

SETH M. REISS, AAL, ALLLC
Seth M. Reiss, Bar No. 2774
3770 Lurline Drive
Honolulu, HI 96816
Telephone: 808-521-7080
Facsimile: 808-675-5805
E-mail: seth.reiss@lex-ip.com

Attorneys for Defendants MANKU`AINA PROPERTIES, LLC and CHAD WATERS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN ART NETWORK, LLC and VICNENT K. TYLOR,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>MOKU`AINA PROPERTIES, LLC, a Hawaii Limited Liability Company; CHAD WATERS; JOHN DOES 1-10; Etc.,<br><br>　　　Defendants. | Case No. 1:11-cv-00723 DAE-RLP<br>(Copyright Infringement; DMCA)<br><br>**DEFENDANTS MOKU`AINA PROPERTIES, LLC AND CHAD WATERS' CORPORATE DISCLSOURE STATEMENT; CERTIFICATE OF SERVICE** |

## CORPORATE DISCLSOURE STATEMENT

Defendants MOKU`AINA PROPERTIES, LLC and CHAD WATERS, collectively "Defendants", by and through their attorney undersigned, hereby submits their Corporate Disclosure Statement pursuant to Rule 7.1, Fed. R. Civ. P.

Moku`aina Properties, LLC is a Hawai`i limited liability company.

Moku'aina Properties, LLC is wholly owned by its parent, MPB Holdings LLC, a Nevada limited liability company.

No publicly held corporation owns 10% or more of either Moku'aina Properties, LLC or MPB Holdings, LLC.

DATED:  Honolulu, Hawaii, January 10, 2012.

> BADGER ARAKAKI LLLC
> SETH M REISS, AAL, ALLLC
>
> /s/ *Seth M. Reiss*
> SCOTT C. ARAKAKI
> SETH M. REISS
>
> Attorneys for Defendants MOKU`AINA PROPERTIES, LLC and CHAD WATERS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN ART NETWORK, LLC and VICNENT K. TYLOR,<br><br>    Plaintiffs,<br><br>vs.<br><br>MOKU`AINA PROPERTIES, LLC, a Hawaii Limited Liability Company; CHAD WATERS; JOHN DOES 1-10; Etc.,<br><br>    Defendants. | Case No. 1:11-cv-00723  DAE-RLP (Copyright Infringement; DMCA)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing pleading and any pleading referred to therein are being served through the Court's CM/EFC electronic filing system upon Plaintiffs through their counsel named below:

J. STEPHEN STREET
134 Maona Place
Honolulu, Hawaii  96821

Attorney for Plaintiffs HAWAIIAN ART NETWORK, LLC
and VINCENT K. TYLOR

DATED: Honolulu, Hawaii, January 10, 2012.

          BADGER ARAKAKI LLLC
          SETH M REISS, AAL, ALLLC

          */s/ Seth M. Reiss*
          SCOTT C. ARAKAKI
          SETH M. REISS

          Attorneys for Defendants MOKU`AINA
          PROPERTIES, LLC and CHAD WATERS