BADGER ARAKAKI LLLC
Scott C. Arakaki, Bar No. 6242
Pioneer Plaza, Suite 1140
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: 808-566-0855
Facsimile: 808-566-0955
Email: scott@badgerarakaki.com

SETH M. REISS, AAL, ALLLC
Seth M. Reiss, Bar No. 2774
3770 Lurline Drive
Honolulu, HI 96816
Telephone: 808-521-7080
Facsimile: 808-675-5805
E-mail: seth.reiss@lex-ip.com

Attorneys for Defendants MANKU`AINA PROPERTIES, LLC and CHAD WATERS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN ART NETWORK, LLC and VICNENT K. TYLOR,<br><br>    Plaintiffs,<br><br>vs.<br><br>MOKU`AINA PROPERTIES, LLC, a Hawaii Limited Liability Company; CHAD WATERS; JOHN DOES 1-10; Etc.,<br><br>    Defendants. | Case No. 1:11-cv-00723 DAE-RLP (Copyright Infringement; DMCA)<br><br>**CERTIFICATE OF SERVICE**<br><br>**(RE: DEFENDANTS MOKU`AINA PROPERTIES, LLC AND CHAD WATERS' OFFER OF JUDGMENT PURSUANT TO RULE 68, FRCP)** |

**CERTIFICATE OF SREVICE**

The undersigned hereby certifies that a true and correct copy of

DEFENDANTS MOKU`AINA PROPERTIES, LLC AND CHAD WATERS'

OFFER OF JUDGMENT PURSUANT TO RULE 68, FRCP was duly served on

January 11, 2012 on the following parties through their duly appointed

representative in the manner indicated below:

J. STEPHEN STREET  **VIA FIRST CLASS MAIL AND EMAIL**
134 Maona Place
Honolulu, Hawaii  96821
jjstreet@ip-law-hawaii.com

Attorney for Plaintiffs HAWAIIAN ART NETWORK, LLC
and VINCENT K. TYLOR

    DATED: Honolulu, Hawaii, January 11, 2012.

                    BADGER ARAKAKI LLLC
                    SETH M REISS, AAL, ALLLC

                    */s/ Seth M. Reiss*
                    SCOTT C. ARAKAKI
                    SETH M. REISS

                    Attorneys for Defendants MOKU`AINA
                    PROPERTIES, LLC and CHAD WATERS